# Court of Appeals
# of the State of Georgia

ATLANTA,  February 10, 2026

*The Court of Appeals hereby passes the following order:*

## A26D0321. GEORGE MCKENZIE v. CAELA LAROCHESTER.

George McKenzie and Caela Larochester are the parents of a minor child. Larochester brought an action for modification of custody and child support and for contempt, and the trial court entered two orders on November 4, 2025, resolving the custody and support issues and holding McKenzie in contempt. On January 23, 2026, McKenzie filed this application for discretionary appeal, seeking to appeal those rulings. We, however, lack jurisdiction.

To be timely, a discretionary application must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-35(d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). McKenzie filed this application 80 days after entry of the orders he wishes to appeal.[1] The application is thus untimely, and it is hereby DISMISSED.

---

[1] McKenzie contends that he mistakenly filed his application in the superior court. But OCGA § 5-6-35(d) explicitly requires an application for discretionary appeal be filed in the appellate court. To the extent McKenzie filed a notice of appeal in the superior court, that appeal should be transmitted to this Court at which point we will address our jurisdiction over the direct appeal.

McKenzie has also filed two motions to stay. Because we lack jurisdiction, those motions are likewise DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 02/10/2026

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*